

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **CASE NO. 1:07-CR-196** |
| | § | |
| **THADDEUS SEAN PAPILLION** | § | |

**MEMORANDUM ORDER**
**ADOPTING FINDINGS OF FACT AND RECOMMENDATION**
**ON DEFENDANT'S GUILTY PLEA**

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for administration of a guilty plea under Rules 11 and 32 of the Federal Rules of Criminal Procedure. Judge Giblin conducted a hearing in the form and manner prescribed by Federal Rule of Criminal Procedure 11 and issued his *Findings of Fact and Recommendation on Guilty Plea Before the United States Magistrate Judge* [Clerk's doc. #71]. The Magistrate Judge recommended that the Court accept Defendant's guilty plea and conditionally accept the plea agreement. He further recommended that the Court finally adjudge Defendant as guilty on **Count 3** of the **Superseding Indictment** filed against Defendant in this cause.

The parties have not objected to the magistrate's findings. The Court is of the opinion that the *Findings of Fact and Recommendation on Guilty Plea* should be accepted. It is, therefore,

–1–

**ORDERED** that the *Findings of Fact and Recommendation on Guilty Plea* [Clerk's doc. #71] of

the United States Magistrate Judge are **ADOPTED.**  The plea agreement is conditionally accepted

by the Court at this time.  It is further **ORDERED** that, in accordance with Defendant's guilty plea

and the magistrate's findings and recommendation, Defendant, Thaddeus Sean Papillion, is hereby

adjudged as guilty on **Count 3** of the charging **Superseding Indictment** charging violations of Title

21, United States Code, Section 841(a)(1).

So **ORDERED** and **SIGNED** this **16** day of **May, 2008.**

_____
Ron Clark, United States District Judge